

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-7-2010

# Joel Ario v. Underwriting Members of Syndic

Precedential or Non-Precedential: Precedential

Docket No. 09-1921

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"Joel Ario v. Underwriting Members of Syndic" (2010). *2010 Decisions.* Paper 14.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/14

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1921, 09-2989 & 09-2991

_____

JOEL S. ARIO,
Insurance Commissioner of the
Commonwealth of Pennsylvania,
in his official capacity as the statutory liquidator
of Legion Insurance Company (in liquidation);
*PEPPER HAMILTON, LLP,

Appellant (09-1921)

v.

THE UNDERWRITING MEMBERS OF SYNDICATE
53 AT LLOYDS FOR THE 1998 YEAR OF ACCOUNT

Cross-Appellants (09-2991)
*(Pursuant to F.R.A.P. 12(a) (09-2989 only))

_____

No. 09-1922, 09-2990 & 09-2992
_____

JOEL S. ARIO,
Insurance Commissioner of the
Commonwealth of Pennsylvania,
in his official capacity as the statutory liquidator
of Villanova Insurance Company (in liquidation);
*PEPPER HAMILTON, LLP,

Appellant (09-1922)

v.

THE UNDERWRITING MEMBERS OF SYNDICATE
53 AT LLOYDS FOR THE 1998 YEAR OF ACCOUNT

Cross-Appellants (09-2992)
*(Pursuant to F.R.A.P. 12(a) (09-2990 only))

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1–08-cv-01619/20)
District Judge: Honorable William W. Caldwell

_____

Argued March 10, 2010
_____

Before: AMBRO, SMITH and ALDISERT, Circuit Judges

(Opinion filed August 18, 2010)

## **ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed August 18, 2010, be amended as follows:

One page 13, first partial paragraph, line 2, insert "the" before the word "Convention's".

One page 13, first partial paragraph, line 3, change "applies" to "apply".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:        December 7, 2010

2